**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

JAY G. HARRIS, et al.,

Plaintiffs,

v. Civ. No. 24-331 MLG/GJF

NABORS DRILLING TECHNOLOGIES,
et al.,

Defendants.

**ORDER DENYING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF REDACTED SUMMARY SLIDES**

**THIS MATTER** is before the Court on Plaintiffs' *Motion to Compel Production and Challenge to Nabors' First Amended Privilege Log* (Dkt. No. 155). After the completion of briefing, this Court entered an *Order Denying in Part Plaintiffs' Motion to Compel and Requiring Production of Redacted Summary Slides for Ex Parte* In Camera *Review* (Dkt. No. 176). The Court reserved ruling on the request to produce the unredacted versions of NDTUSA001837-1838 and NDTUSA001833-1836 ("Summary Slides") until after its *in camera* inspection. As ordered, Defendant Nabors Drilling Technologies USA, Inc. ("Nabors") timely produced to the undersigned the unredacted versions of the Summary Slides. Having reviewed them, the Court will deny the request to compel their production for lack of relevance and proportionality under Federal Rule of Civil Procedure 26(b)(1).

Rule 26(b)(1) defines the scope of discovery: "Parties may obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense and proportional to the needs of the case." Fed. R. Civ. P. 26(b)(1). The redacted version of the Summary Slides removed reference to a different incident on the X53 rig that occurred after the incident in this case. Not only did that incident post-date the death of Mr. Jose Martin Moreno, Jr., it involved a different

location and a different drilling rig procedure. Even under the relatively elastic standard of Rule 26(b)(1), the information about the X53 incident is neither relevant nor proportional to Plaintiffs' claims or to Nabors' defenses here.

**IT IS THEREFORE ORDERED** that Plaintiffs' request to produce the unredacted versions of documents NDTUSA001837-1838 and NDTUSA001833-1836 is **DENIED**. Plaintiffs' *Motion to Compel Production and Challenge to Nabors' First Amended Privilege Log* (**Dkt. No. 155**) is thus **DENIED** in its entirety.

**SO ORDERED**.

**THE HONORABLE GREGORY J. FOURATT**
**UNITED STATES MAGISTRATE JUDGE**